UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.P., the parent and natural guardian of
JOHN DOE 1, and JOHN DOE 2, individually
and on behalf of all others similarly situated,

                              Plaintiff,

       -against-

THE CITY OF NEW YORK; THE
ADMINISTRATION FOR CHILDREN'S
SERVICES; REBECCA JONES GASTON,
Commissioner of ACS (in her official capacity);
NANCY GINSBURG, Deputy Commissioner for
the Division of Youth and Family Justice of ACS
(in her official capacity),

                          Defendants.

Case No. 26-cv-4745

ORDER TO SHOW CAUSE
FOR PRELIMINARY
INJUNCTION AND
TEMPORARY RESTRAINING
ORDER

Upon the annexed declaration of John Doe 1, dated June 3, 2026; the declaration of John Doe 2, dated June 3, 2026; the declaration of Hillary Chernow, dated June 3, 2026; the declaration of Rebecca Heinsen dated June 3, 2026, the declaration of Yusuf El Ashmawy, dated June 4, 2026; the declaration of Joshua S. Moskovitz, dated June 5, 2026; the exhibits attached to those declarations; Plaintiff's supporting memorandum of law; and upon all the papers filed and proceedings had herein, it is hereby

ORDERED that Defendants show cause before a motion term of this Court, at Room ____, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on _____, 2026, at ____:_____ a.m./p.m., or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining Defendants during the pendency of this action from conducting a

strip search or visual body cavity inspection of any resident of an ACS secure detention facility, *except upon individualized suspicion that the resident is in possession of contraband,*

    (a) when the resident is transferred to or from a court appearance;

    (b) before or after the resident has a virtual visit;

    (c) before or after the resident meets with their counsel, social worker, or other members of their counsel's legal team; and

    (d) before or after the resident meets with a parent or guardian;

and granting such other and further relief as may be just and proper;

AND IT IS FURTHER ORDERED that pending the hearing and determination of this motion, Defendants are restrained, enjoined, and stayed from **conducting a strip search or visual body cavity inspection of any resident of an ACS secure detention facility,** *except upon individualized suspicion that the resident is in possession of contraband,*

    **(a) when the resident is transferred to or from a court appearance;**

    **(b) before or after the resident has a virtual visit;**

    **(c) before or after the resident meets with their counsel, social worker, or other members of their counsel's legal team; and**

    **(d) before or after the resident meets with a parent or guardian;**

AND IT IS FURTHER ORDERED that electronic service of a copy of this Order together with the papers on which it is granted, upon Defendants' counsel of record on or before _____, 2026, shall be good and sufficient service upon defendants;

2

AND IT IS FURTHER ORDERED that at least ten (10) days before the return date of this Motion, Plaintiffs must serve upon attorneys for Defendants any additional supporting papers; at least five (5) days before the return date of this Motion, Defendants must serve any answering papers upon attorneys for Plaintiffs; and no later than the return date of this motion, Plaintiff shall serve upon attorneys for Defendants any reply papers.

Dated: New York, New York
        June _____, 2026


_____
                                United States District Judge