UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.P. et al., | |
| Plaintiff(s), | 26-CV-4745 (DEH) |
| v. | ORDER |
| City of New York et al., | |
| Defendant(s). | |

DALE E. HO, United States District Judge:

On June 5, 2026, Plaintiffs initiated this matter, ECF No. 1, and filed an emergency motion for a temporary restraining order ("TRO"), ECF No. 3. A hearing on this motion is scheduled for **June 15, 2026** at **12 P.M.** Any opposition shall be filed by **June 9, 2026**, and any reply briefing shall be filed by **June 11, 2026**.

SO ORDERED.

Dated: June 5, 2026
New York, New York

_____
DALE E. HO
United States District Judge
Part I Judge