UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.P. et al, | |
| Plaintiff(s), | 26-CV-4745 (DEH) |
| v. | |
| City of New York et al, | ORDER |
| Defendant(s). | |

DALE E. HO, United States District Judge:

On June 7, 2026, Plaintiffs filed an emergency motion for a limited TRO pending consideration of a motion for a TRO that was filed on June 5, 2026, ECF No. 3. ECF No. 15. The parties shall appear for a hearing on the motion for a limited TRO on **June 8, 2026** at **3 P.M.** in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. Plaintiffs shall serve defendants with this order by **12 P.M.** on **June 8, 2026**, and shall file proof of such service on the docket.

SO ORDERED.

Dated:  June 7, 2026
        New York, New York

_____
DALE E. HO
United States District Judge
Part I Judge