UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.P. et al., | |
| Plaintiff(s), | 26-CV-4745 (DEH) |
| v. | |
| City of New York et al., | ORDER |
| Defendant(s). | |

DALE E. HO, United States District Judge:

On June 8, 2026, the Court held a hearing on Plaintiffs' emergency motion for a limited TRO.  At that hearing, the parties raised material facts that had not yet been put into the record. By **June 8, 2026** at **6:30 P.M.**, the parties shall file any additional information with respect to John Doe I that they would like the Court to take under consideration prior to ruling on the emergency motion for TRO with respect to John Doe I's June 9, 2026 court appearance.  By **June 9, 2026** at **5 P.M.**, the parties shall file any additional information with respect to John Does I and II that they would like the Court to take under consideration prior to ruling on the emergency motion for TRO with respect to each Doe's respective June 12, 2026 court appearances.

SO ORDERED.

Dated: June 8, 2026
        New York, New York

_____
DALE E. HO
United States District Judge
Part I Judge