UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.P., the parent and natural guardian of
JOHN DOE 1, and JOHN DOE 2, individually
and on behalf of all others similarly situated,

                            Plaintiff,

     -against-

THE CITY OF NEW YORK; THE
ADMINISTRATION FOR CHILDREN'S
SERVICES; REBECCA JONES GASTON,
Commissioner of ACS (in her official capacity);
NANCY GINSBURG, Deputy Commissioner for
the Division of Youth and Family Justice of ACS
(in her official capacity),

                            Defendants.

Case No. 26-cv-4745 (JHR)

**TEMPORARY RESTRAINING ORDER**

**WHEREAS**, on June 5, 2026, Plaintiffs filed an application for a temporary restraining order ("TRO") (Dkt. 3) and the Court set a hearing for June 15, 2026 (Dkt. 14); and

**WHEREAS**, on June 7, 2026, Plaintiffs' counsel filed a letter (Dkt. 15) and a supporting declaration of Joshua S. Moskovitz dated June 7, 2026, indicating that John Doe 1 and John Doe 2 have court appearances prior to the June 15 hearing and requesting that the Court enter an order "enjoining Defendants, prior to the TRO hearing, from conducting a visual body cavity inspection of John Doe 1 or John Doe 2 when they are transferred to or returned from court next week, *unless individualized, reasonable suspicion exists to support such an invasive search*" (Dkt. 15); and

**WHEREAS**, Plaintiffs have filed additional supporting declarations of Joshua S. Moskovitz, dated June 5, 2026 (Dkt. 5); John Doe 1, dated June 3, 2026 (Dkt. 6); Rebecca

Heinsen dated June 3, 2026 (Dkt. 7); Hillary Chernow, dated June 3, 2026 (Dkt. 8); Yusuf El Ashmawy, dated June 4, 2026 (Dkt. 9); John Doe 2, dated June 3, 2026 (Dkt. 12); exhibits attached to those declarations; and a memorandum of law (Dkt. 4); it is hereby

ORDERED that Defendants are restrained, enjoined, and stayed ~~prior to the June 15, 2026 TRO hearing~~ from conducting a visual body cavity inspection of John Doe 1 ~~or John Doe 2~~ when ~~they are~~ transferred to or returned from court **on June 9, 2026,** *except upon individualized suspicion that the resident is in possession of contraband*,

AND IT IS FURTHER ORDERED that electronic service of a copy of this Order together with the papers on which it is granted, upon the Corporation Counsel for the City of New York on or before June 8, 2026, shall be good and sufficient service upon defendants. Dated: New York, New York

June 8, 2026

This Order is limited to John Doe 1's court appearance on June 9, 2026.  The Court reserves judgment as to Plaintiffs' request for relief with respect to further court appearances by John Doe 1, and as to any court appearances by John Doe 2.  This Order has no bearing on Plaintiffs' separate request for broader relief, *see* ECF No. 3, which will be considered by Judge Rearden on June 15, 2026.

_____
HON. DALE E. HO
United States District Judge
Part I Judge