UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.P. et al., | |
| Plaintiff(s), | |
| v. | 26-CV-4745 (DEH) |
| City of New York et al., | ORDER |
| Defendant(s). | |

DALE E. HO, United States District Judge:

Plaintiffs' emergency motion for a limited TRO with respect to John Does 1 and 2, ECF No. 15, is **DENIED**.  This order is without prejudice to, and has no bearing one way or another on, Plaintiffs' motion for a TRO, ECF No. 3, to be heard by Judge Rearden on June 15, 2026.

Further, Plaintiffs' motion to seal, ECF No. 26, is **GRANTED**.  The documents in question are judicial documents, but the Court finds that the privacy interests invoked by Plaintiffs overcome the presumption of public access.  *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).  The Clerk of Court is respectfully directed to terminate ECF No. 26. SO ORDERED.

Dated: June 11, 2026
       New York, New York

_____
DALE E. HO
United States District Judge
Part I