THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 Church Street
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**RACHEL SELIGMAN WEISS**
phone: (212) 356-2422
fax: (212) 356-1148
rseligma@law.nyc.gov

October 8, 2026

**VIA ECF**
Hon. Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: D.P., ex rel. John Doe, et al. v. the City of New York, et al.
26-cv-4745 (JHR)(VF)

Your Honor:

This Office represents the City of New York in the above-referenced matter. Defendant writes, with Plaintiffs' consent, to respectfully request an adjournment of the October 16, 2026 settlement conference to a date and time convenient to the Court in early December. *See* ECF 75.

On August 19, 2026, a pre-settlement call was held with Your Honor at which time the previously scheduled settlement conference was rescheduled for Friday, October 16, 2026. *See* ECF 75. Your Honor further ordered the parties to submit their pre-conference submissions by no later than October 9, 2026. *Id*.

Since then, the parties have had a series of productive discussions regarding settlement of Plaintiffs' proposed damages class. In fact, as recently as October 4, 2026, the parties met to discuss issues related to the structure of the proposed damages class. As a result, Plaintiffs have requested that Defendant ascertain some additional information from ACS regarding the accessibility of their data, as well as information regarding the putative class. To that end, this office is in the process of conferring with ACS. Once the additional information is received, Plaintiffs have advised that they will be in a position to convey a monetary demand and Defendants believe that a settlement conference will be most productive at that time.

Accordingly, Defendants respectfully request an adjournment of the October 16, 2026 settlement conference to a date and time convenient to the Court in early December. Thank you for your consideration of this request.

Respectfully submitted,

/s Rachel Seligman Weiss
Rachel Seligman Weiss
*Special Federal Litigation Division*

cc: All counsel of record (by ECF & email)

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: October 9, 2026**

The settlement conference scheduled for October 16, 2026 is **ADJOURNED**. The parties are directed to submit an update to the Court by **November 30, 2026** regarding the status of settlement discussions.